IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TERESA BILLS                                                                                    PLAINTIFF

vs.                                            Civil No. 6:14-cv-06054

CAROLYN W. COLVIN                                                                      DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 7th day of April 2015 comes for consideration the Report and Recommendation dated March 19, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the Parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, affirms the decision of the Administrative Law Judge, and dismisses Plaintiff's complaint with prejudice.

**IT IS SO ORDERED.**

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE